UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Criminal Case No. 99cr0458-BTM |
|                              ) | |
|             Plaintiff,        ) | |
|                              ) | |
|      v.                      ) | ORDER AND JUDGMENT TO DISMISS |
|                              ) | THE INDICTMENT |
|                              ) | |
| MARIA DE LOURIES DIAZ-HERRERA,) | |
|                              ) | |
|             Defendants.       ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against Maria De Louries Diaz-Herrera, be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: September 26, 2013

*Barry Ted Moskowitz*
BARRY TED MOSKOWITZ, Chief Judge
United States District Court